WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| PAMELA JEAN ICKES,  )  | CASE NO.: **EDCV 09-1890 CW** |
| Plaintiff,  ) | ORDER AWARDING EAJA FEES |
| v.  ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security,  ) | |
| Defendant.  ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND TWO HUNDRED FIFTY DOLLARS and no/cents ($2,250.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:    November 15, 2010

_____
CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE

1